# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **CHARLES KENZELL CARTER,** | ) |
| Plaintiff, | ) Case No. 7:21-cv-00484 |
| | ) |
| v. | ) |
| | ) By: Michael F. Urbanski |
| **WARDEN RICK WHITE, et al.,** | ) Chief United States District Judge |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, it is hereby

**ORDERED** as follows:

1. The motion to dismiss filed by the VDOC defendants, ECF No. 48, is **GRANTED IN PART AND DENIED IN PART**;

2. The claims against Correctional Officer Maggard are **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B) and 42 U.S.C. § 1997e(c) for failure to state a claim;

3. Any claim for breach of contract is **DISMISSED** without prejudice as barred by the Eleventh Amendment;

4. The case will proceed solely on the claims asserted against Sgt. Bentley in Claims 1, 2, and 7, and Bentley shall file an answer to those claims within fourteen (14) days;

5. Defendants White, Manis, Ramey, Adams, Williams, Clarke, Rosch, Maggard, and the VDOC shall be **TERMINATED** as parties to this action; and

6. Carter's motion to serve Maggard, ECF No. 47, is **DENIED** as moot.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

It is so **ORDERED**.

Entered: June 6, 2023

Michael F. Urbanski
Chief United States District Judge