# Carter v. Bentley

# 7:21cv484

## Red Onion Videos

Body Cam Lt. Massengill 11-3-2022   9.37 a.m.

Cell #406 Video Footage 6-3-21

Handheld Video 6-3-21

Handheld Video 6-4-21

Handheld Video Footage

Pod Video Footage 6-3-21 - HU4400FRONT360

Pod Video Footage 6-3-21 - HUA400PTZ

Video Clip

## BEING PRODUCED UNDER SEAL

EXHIBIT 1