

| | Operating Procedure | Effective Date | | Number |
|---|---|---|---|---|
| | | May 1, 2018 | | 420.2 |
| | | **Amended** | | **Operating Level** |
| | | 2/1/19, 3/1/19, 4/1/20, 5/1/20, 11/1/20 | | Department |
| | | **Supersedes** | | |
| | | Operating Procedure 420.2 (5/1/15) | | |
| | | **Authority** | | |
| | | COV §53.1-10, §53.1-25, §53.1-40.1 | | |

| **Subject** | **ACA/PREA Standards** |
|---|---|
| **USE OF RESTRAINTS AND MANAGEMENT OF OFFENDER BEHAVIOR** | 5-ACI-3A-16, 5-ACI-3A-17, 5-ACI-3A-18, 5-ACI-3A-31, 5-ACI-3B-14, 5-ACI-4A-18, 5-ACI-4B-18; 4-4190, 4-4190-1, 4-4191, 4-4202, 4-4224, 4-4264; 2-CO-3A-01 |

| **Incarcerated Offender Access** | **Public Access** Yes ☒ No ☐ | **Office of Primary Responsibility** |
|---|---|---|
| Yes ☐      No ☒ | **Attachments** Yes ☒ #1 No ☐ | Director of Security and Correctional Enforcement |

**Portions of this operating procedure are excluded from public disclosure under the Virginia Freedom of Information Act and have been redacted in accordance with COV §2.2-3705.2(14).**

I.  PURPOSE

This operating procedure establishes guidelines for the control and management of offender behavior through the use of restraining devices, restricted feeding, and other behavior management and control techniques.

II.  COMPLIANCE

This operating procedure applies to all units operated by the Department of Corrections (DOC).  Practices and procedures shall comply with applicable State and Federal laws and regulations, Board of Corrections policies and regulations, ACA standards, PREA standards, and DOC directives and operating procedures.

III.  DEFINITIONS

**Administrative Duty Officer (ADO)** - A member of the senior management team of a facility or P&P Office who is assigned on a rotating basis to remain in contact with on-duty staff at the unit

**Ambulatory Restraints** - Utilization of handcuffs, leg irons, black box, and either a waist chain or a chain connecting the black box on the handcuffs to the leg irons or clinically approved ambulatory restraints; this is generally the first level of restraints utilized in physical management of offender disruptive behavior.

**Clinically Approved Restraints** - Soft Restraints approved by the Chief of Mental Health Services and/or Office of Health Services for use at DOC institutions

**Community Corrections Facility** - A residential facility operated by the Department of Corrections to provide Community Corrections Alternative Programs

**Disability** - A physical or mental impairment that substantially limits a major life activity

**Disposable Restraints** - Plastic restraints (Flex Cuffs) that may be utilized in temporary or emergency situations

**Tether** - A strap inserted through the tray slot of the cell door to fasten an offender's handcuffs while the offender is kneeling to apply leg irons and for offender escort, where one officer maintains control of the strap that is attached to the handcuffs

**Facility** - Any community corrections facility or institution

**Five Point Restraints** - A method of restraining an offender where the offender is placed face up on the bed with both arms and legs restrained; a chest strap is placed over the offender's chest.

**Four Point Restraints** - A method of restraining an offender where the offender is placed face up on the bed with both arms and legs restrained

**Impairment** - A medically documented physiological condition or disorder affecting a body system; the condition must be of a permanent or long-term nature.

**Institution** - A prison facility operated by the Department of Corrections - includes major institutions, field

EXHIBIT 3

units, and work centers

**Mid-level Practitioner** - Nurse Practitioner and Physician Assistant

**Psychology Associate** - An individual with at least a Master's degree in psychology, social work, or relevant human services field with knowledge, training, and skills in the diagnosis and treatment of mental disorders, which may include Psychiatric Provider, Social Worker or Registered Nurse.

**Restrictive/Special Housing** - A general term for special purpose bed assignments including general detention, pre-hearing detention, restrictive housing, segregation, and disciplinary segregation

IV.  PROCEDURE

A.  Management of Offender Behavior

1.  Correctional facilities must control and manage offender behaviors for the safety of the public, employees, and offenders.  This may be preemptive control such as the use of restraints when transporting offenders outside secure facilities or it may be control imposed due to the actions or threat of actions by offenders within the facility.  This operating procedure provides guidance on the use of restraining devices in DOC facilities. (2-CO-3A-01)

2.  Facility staff should provide appropriate intervention and control of unusual or problematic offender behavior as needed to protect the staff, offender, and other offenders, and to maintain a sanitary, safe, and secure environment.

3.  Because unusual or problematic offender behavior may occur as the result of physical illness or mental disorder (including personality disorders) or may be deliberately manipulative to gain desired ends, facility administration, security, mental health, and medical staff must work together closely to determine the appropriate level and duration of controls imposed on each offender.

4.  The control measures in this procedure must be appropriately matched to the seriousness of the behaviors they are intended to control.

    a.  The controls must not be applied any longer than necessary to manage the targeted behaviors.

    b.  The use of excessive controls may be equated to the use of excessive force.

5.  In facilities where a Psychology Associate is not assigned and an offender is demonstrating disruptive, self-injurious behavior or other signs of a possible mental disorder, a Nurse will be notified to provide a preliminary assessment and contact either the designated Psychology Associate or Mental Health Clinical Supervisor regarding the possible assessment, treatment, and management of the individual. Transfers are initiated only as needed and after consultation and review of interventions.

B.  Approved Restraint Equipment

1.  The only restraint equipment authorized for purchase and use in the DOC is listed on Attachment 1, *Approved Restraints*.

2.  All purchases of restraint equipment must be approved by the Director of Security and Correctional Enforcement.

3.  The purchase of restraint equipment not listed on Attachment 1, *Approved Restraints*, must be reviewed and approved by the appropriate authority as follows:

    a.  The Director of Security and Correctional Enforcement will coordinate the review and approval of all requests to purchase new restraint equipment not currently authorized for security use in the DOC.

    b.  The Mental Health Services Steering Committee (MHSSC) and appropriate Health Services Unit staff in conjunction with the Director of Security and Correctional Enforcement will coordinate the review and approval of all new clinically approved restraints for use in the DOC.

4.  Employees are not authorized to use this equipment until they have successfully completed the required training approved by the Training Director.

5.  Instruments of restraint may never be applied as punishment and are applied only with the approval of

the Facility Unit Head or designee. (5-ACI-3A-16; 4-4190)

    a. For DOC institutions, this procedure serves as the Facility Unit Head's approval for use of restraints other than restraints applied within a cell, which requires specific advance approval by the Facility Unit Head or designee.

    b. Each use of restraints in Community Corrections facilities requires the specific approval of the Facility Unit Head.

6. The use of personally owned restraints is prohibited.

C. Restraint Application Procedures





D. Approved Offender Behavior Control Techniques

1. Offenders who threaten the safety and security of a Community Corrections facility should be separated from the general population and removed from the facility under a *PB-15, Arrest Authority*.

2. Offenders who threaten the safety and security of an institution may be removed from the general population and placed in a restrictive/special housing unit by use of appropriate administrative process.

3. Specific property items may be removed from an offender's possession to prevent harm to the offender or others.

   a. Property removal may range from removing specific items to stripping the cell of all property.

   b. Any removal of property must be properly documented in accordance with Operating Procedure 802.1, *Offender Property*.

4. Special control measures may be needed for special problems such as initiating Dry-Cell procedures for an offender who has tried to flood or the use of restricted feeding procedures for offenders who disrupt food service operation. Any restriction of services to an offender must be properly documented using a *Special Housing: Denial of Activity or Service* 425_F3 or a *Restrictive Housing: Denial of Activity/Service* 425_F3RH, as applicable.

5. Watches consisting of more frequent or continuous observation of the offender may be used to prevent self-injury by the offender in accordance with Operating Procedure 730.5, *Mental Health Services: Behavior Management*.

6. With proper approvals, in-cell restraints may be used to prevent an offender from causing harm to self or others.

7. No control measure shall be imposed and no item or activity shall be withheld for the purpose of punishment or for longer than necessary to ensure the safety and well-being of the offender and others.

E. Reporting Incidents

1. Facility Unit Heads shall report incidents in accordance with Operating Procedure 038.1, *Reporting Serious or Unusual Incidents*. When applicable, the type of restraints, e.g., handcuffs, ambulatory,

four/five point, etc. used during a reportable incident should be documented in the incident report on the participant page under *Use of Restraints*.

2. All use of restraints other than for routine offender movement in institutions and all use of control measures must be properly documented and applied under the appropriate administrative approval.

3. An *Internal Incident Report* shall be submitted to the Facility Unit Head or designee no later than the conclusion of the tour of duty when an offender remains in restraints at the end of the shift. (5-ACI-3A-31; 4-4202)  This requirement does not include routine use of restraints, i.e. transportation or movement of offenders in a restrictive/special housing unit.

V. RESTRAINTS USED AS PREEMPTIVE CONTROL

A. Use of Restraints during Offender Transportation



B. Movement of Restrictive/Special Housing Unit Offenders



a. ██████████████████████████████████████████████

b. ██████████████████████████████████████████████

3. Offenders assigned to SD-1 and SD-2 status will not be restrained, the use of restraints must be approved by the Chief of Security or higher authority in accordance with Operating Procedure 425.4 RH, *Management of Bed and Cell Assignments.*

C. Other Preemptive Control Situations

1. Hands may be restrained when, in the judgment of the Officer in control, the offender poses a danger to the Officer or other persons.

2. The Facility Unit Head may authorize the use of an electronic security belt/vest when deemed appropriate and necessary to move an offender within the institution, during transportation, at hearings, at medical appointments, etc. An electronic security belt/vest shall not be used as an in-cell restraint.

3. An offender in restraints should never be allowed direct contact with an offender who is not restrained.

D. Restraining Offenders with Disabilities

1. Before restraining an offender who may have a medically documented disability, security staff should consult with a physician or mid-level practitioner to determine any restrictions on applying restraints.

2. Unless there is a medically documented restriction regarding the use of restraints, restraints should be applied to disabled offenders taking into account any illness or disability that adversely affects an offender's stability, balance, or coordination in the same manner as any other offender.

3. Force multipliers (chemical agents, impact weapons, canines, etc.) may be used on offenders with disabilities, if necessary to protect the staff, visitors, and other offenders or to control disruptive behavior.

4. Any restraints authorized in this operating procedure may be used on disabled offenders subject to the following methods of restraint for types of disabilities and recommendations of a physician or mid-level practitioner.



a. ███████████████████████
    i. ██████████████████████████████████
    ii. ██████████████████████████████████████████
    iii. ██████████████████████████████████████
    iv.

b. ████████████████████████████████████
    i. ██████████████████████████████████
    ii. ██████████████████████████

c. ██████████████████████████████████
    i. ██████████████████████████████████████████
    ii. ████████████████████████████████
    iii. ████████████████████████████████████

d. ██████████████████████████
    i. ██████████████████████████
    ii. ████████████████████████
    iii.



    e.

      i.

      ii.

      iii.
      iv.

    f.

E. Restraining Pregnant Offenders (5-ACI-3A-17; 4-4190-1)

   1.

    a.

    b.

    c.

    d.

   2.

   3.

   4.

VI. MANAGEMENT OF DISRUPTIVE BEHAVIORS

A. Offenders who exhibit disruptive behaviors that threaten safety and security in a Community Corrections facility should be separated from the general population and removed from the facility under a *PB-15, Arrest Authority*.

B. Institutions should be operated in a manner which effectively and professionally addresses situations that may precipitate disruptive behaviors.

   1. Housing

    a. Appropriate assignment of offenders to housing areas is an important tool in institution management. Operating Procedure 425.4, *Management of Bed and Cell Assignments*, and Operating Procedure 425.4 RH, *Management of Bed and Cell Assignments* (Restrictive Housing institutions) provides guidance to assure that offenders are provided appropriate housing assignments.

    b. The Facility Unit Head should review the demographic composition of general population housing units on a regular basis to ensure that appropriate balance is maintained so that the population is manageable, incident trends are considered, and the climate of the institution is assessed to minimize risk of incidents. Demographic factors to consider include race, creed, color, religion,

national origin, and gang allegiance.

c. Housing area assignments may be based on behavioral adjustment, program status, seniority, need for supervision, and other measurable criteria.

d. Offender requests for particular housing assignments may be considered if the request is in keeping with prudent classification and security practices.

e. Offender requests for housing assignment changes based on reasons of personal safety shall receive prompt attention. Refer to Operating Procedure 425.4, *Management of Bed and Cell Assignments* or Operating Procedure 425.4 RH, *Management of Bed and Cell Assignments* (Restrictive Housing institutions)*,* and Operating Procedure 830.5, *Transfers, Institution Reassignments.*

f. Offenders should not be assigned to housing areas with documented enemies as defined in Operating Procedure 830.6, *Offender Keep Separate Management.* Exceptions may be made in restrictive/special housing or other controlled areas where special care should be taken to prevent actual contact between known enemies.

2. The institution administration and staff should be available to offenders personally through institutional rounds, by written request, and by appointment to communicate offender concerns and address offender problems.

3. Mental Health and treatment staff should assess and provide or recommend appropriate services or other interventions to offenders who have a history of engaging in or threatening self-injury, suicidal, or disruptive behavior.

a. Every offender should be seen by a doctor or nurse, upon arrival at the institution in accordance with Operating Procedure 720.2, *Medical Screening, Classification, and Levels of Care.*

b. A Psychology Associate should review any suspected "at risk" offender as provided in Operating Procedure 730.5, *Mental Health Services: Behavior Management.*

c. The offender's Counselor should review the offender's VACORIS record to determine any special needs.

4. Recreation and other offender group activities should be monitored to ensure they are not used as cover for offenders to exert control over other offenders.

C. An offender who threatens the safe, orderly operation of an institution may be removed from general population and placed in a restrictive/special housing unit.

1. Documentation of assignment to and management of restrictive/special housing units shall be in accordance with Operating Procedure 425.4, *Management of Bed and Cell Assignments,* or Operating Procedure 425.4 RH, *Management of Bed and Cell Assignments* (Restrictive Housing institutions).

2. When an offender is placed in a restrictive/special housing unit, the Shift Commander or designee shall determine if the offender has been screened to identify those with a mental health or physical condition that precludes such an assignment, or requires special care. This screening and any special management instructions needed will be prepared by a Psychology Associate or other appropriate staff in accordance with Operating Procedure 425.4, *Management of Bed and Cell Assignments,* or Operating Procedure 425.4 RH, *Management of Bed and Cell Assignments* (Restrictive Housing institutions)*,* and Operating Procedure 730.5, *Mental Health Services: Behavior Management.*

3. Any offender with identified mental health problems who is placed in a restrictive/special housing unit should be monitored per Operating Procedure 720.1, *Access to Health Services*, and Operating Procedure 730.5, *Mental Health Services: Behavior Management.*

D. Restraints Applied Within a Cell

1. The use of restraints within in a cell for clinical reasons may be ordered by a physician or Psychology Associate in accordance with Operating Procedure 730.5, *Mental Health Services: Behavior Management.*

a. Medically ordered restraints are limited to clinically approved restraints. This requirement does not preclude the use of metal restraints by security when clinically approved restraints have proven

ineffective due to an offender's behavior or prior history.

b. Clinically approved restraints authorized for use in DOC institutions are listed Attachment 1, *Approved Restraints*

c. The clinical use of restraints is subject to the notification, authorization, and documentation requirements of Operating Procedure 730.5, *Mental Health Services: Behavior Management.*

2.

d. Offenders shall not be restrained to the cell bars or any other fixture or equipment of a cell except for the application of four/five point restraints on a properly equipped bed.

e. Use of restraints within a cell shall be reported in accordance with Operating Procedure 038.1, *Reporting Serious or Unusual Incidents.* (5-ACI-3A-18; 4-4191)

   i. An *Incident Report* shall be prepared, stating the reason for the use of restraints and a *Special Housing: Individual Log* 425_F4 or *Restrictive Housing: Individual Log* 425_F4RH or *Special Watch Log* 425_F5 should be initiated immediately to document date and times of observations and dates and times observed by medical/mental health staff.

   ii. Release from in-cell restraints shall be reported on an *Incident Report Addendum* with the *Restraints Break Log* 420_F27 uploaded as an external document for releases from four/ five point restraints.

f. Restraints applied within a cell for behavior management purposes will be removed as soon as it is safe to do so, the offender's dangerous or disruptive behavior has subsided, and it is determined the offender no longer poses a threat to himself or others.



3. █████████████████████████████████████████████
████████

4. *Four or Five Point Restraints -* █████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████

   a. ████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████

   b. ████████████████████████████████████████████
████████

   c. ████████████████████████████████████████████
████████████████████████████████████

     i. ███████████████████████████████████████
████████████████████████████

     ii. ██████████████████████████████████████
████████████

   d. ████████████████████████████████████████

   e. ████████████████████████████████████████████
████████

   f. ████████████████████████████████████████████
████████████

     i. ████████████████████████████████████████
██████████████████████████████████

     ii. █████████████████████████████████████
████████████████████████████

     iii. ███████████████████████████████████
██████████████

     iv. ████████████████████████████████████
████████████

   g. ████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████

5. █████████████████████████████████████████████████
████████████████████████

   a. ████████████████████████████████████████████
████████████████

     i. ████████████████████████████████████████
████████

     ii. █████████████████████████████████████
██████████████

   b. ████████████████████████████████████████████
████████████████████████



c.

E. Dry and Stripped Cell Procedures

   1. Dry-Cell procedures may be initiated upon approval of the Shift Commander and notification to the Administrative Duty Officer

      a.

      b.

      c.

      d.

      e.

   2. Stripped-Cell procedures may be initiated upon approval of the Shift Commander and notification to the Administrative Duty Officer.

      a. An offender that poses a risk of harm to self or others may have items of property removed from the offender's control to reduce the risk of harm.

      b.

      c.

      d.

      e.

F. Certain specific offender behaviors require specific control measures that are not included in the other general control techniques. When warranted, these measures may be applied with other techniques as needed.

   1. *Refusal of Food, Hunger Strikes* - See Operating Procedure 730.5, *Mental Health Services: Behavior Management.* Any offender may refuse food for one or more meals, but when staff becomes aware that an offender, on a regular basis, is refusing food or not eating or the offender declares a hunger strike the following steps should be taken: (5-ACI-3B-14; 4-4224)

      a.

      b.

      c.

      d.

Operating Procedure: 420.2

May 1, 2018

e. ███████████████████████████████████████████

   i. ████████████████████████████████████████

   ii. █████████████████████████████████████████

   iii. ████████████████████████████████████████

   iv. ████████████████████████████████████████

     (a) ██████████████████████████████████████

     (b) ██████████████████████████████████████

f. ███████████████████████████████████████████

   i. ████████████████████████████████████████

   ii. █████████████████████████████████████████

2. *Food Abuse, Disrupting Food Service Operations, or Throwing/Smearing/Manipulating Body Waste.*
████████████████████████████████████████████████████

a. ███████████████████████████████████████████

   i. ████████████████████████████████████████

   ii. █████████████████████████████████████████

b. ███████████████████████████████████████████

   i. ████████████████████████████████████████

   ii. █████████████████████████████████████████

   iii. ████████████████████████████████████████

   iv. ████████████████████████████████████████

   v. █████████████████████████████████████████

(a) ███████████████████████████████████

(b) ███████████████████████████████

(c) █████████████████████████████████████

vi. ███████████████████████████████

    (a) ███████████████████████████████████████

    (b) █████████████████████████████████

vii. ██████████████████████████████

    (a) ████████████████████████

    (b) ████████████████████████████████

    (c) ████████████████████

    (d) █████████████████████████████████████

    (e) ████████████████████████████████████

    (f) █████████████████████████████████

c. ████████████████████████████████████████

    i. ████████████████████████████████████████

    ii. █████████████████████████████████

    iii. ████████████████████████

3. Arson Prevention and Management

    a. █████████████████████████████████████

    b. █████████████████████████████████████

    c. █████████████████████

4. Cell Flooding

    a. ████████████████████████

b. ███████████████████

5. *Self-Mutilation, Suicide Attempt, Threat Of Suicide* - See Operating Procedure 730.5, *Mental Health Services: Behavior Management.*

VII.   REFERENCES

Operating Procedure 030.1, *Evidence Collection and Preservation*

Operating Procedure 038.1, *Reporting Serious or Unusual Incidents*

Operating Procedure 411.1, *Offender Transportation*

Operating Procedure 425.4, *Management of Bed and Cell Assignments*

Operating Procedure 425.4 RH, *Management of Bed and Cell Assignments*

Operating Procedure 720.1, *Access to Health Services*

Operating Procedure 720.2, *Medical Screening, Classification, and Levels of Care*

Operating Procedure 730.5, *Mental Health Services: Behavior Management*

Operating Procedure 802.1, *Offender Property*

Operating Procedure 830.5, *Transfers, Institution Reassignments*

Operating Procedure 830.6, *Offender Keep Separate Management*

Operating Procedure 861.1, *Offender Discipline, Institutions*

VIII.   FORM CITATIONS

*Authorization for Restricted Feeding* 420_F24

*Use of In-Cell Restraints (Security)* 420_F25

*Restraints Break Log* 420_F27

*Special Housing: Denial of Activity or Service* 425_F3

*Restrictive Housing: Denial of Activity/Service* 425_F3RH

*Special Housing: Individual Log* 425_F4

*Restrictive Housing: Individual Log* 425_F4RH

*Special Watch Log* 425_F5

*"At Risk" Offender Notification (MH 14A)* 730_F13

IX.   REVIEW DATE

The office of primary responsibility shall review this operating procedure annually and re-write it no later than three years after the effective date.

*The office of primary responsibility reviewed this operating procedure in May 2019 and no changes are needed at this time.*

*Signature Copy on File*                                                    *3/20/18*

A. David Robinson, Chief of Corrections Operations              Date