## RECEIPT/ACKNOWLEDGEMENT

This is to certify that I was provided with the opportunity to watch the videos listed

below at Red Onion State Prison in the matter of *Carter v. Warden Rick White, et al., Case No.*

*7:21cv00484*

| | Date Reviewed | Staff Witness |
|---|---|---|
| 6/4/21 3:37am Handheld Video 9:53- Removal of Restraints | 7/14/23 | |
| 6/3/21 11:25am Handheld Video 19:19- Application of Restraints | 7/14/23 | |
| 6/3/21 10:57am HU4400FRONT360 22:32 | 7/14/23 | |
| 6/3/21 10:57am HU4400REAR360 23:19 | 7/14/23 | |
| 6/3/21 10:57am HU4400PTZ 22:30 | 7/14/23 | |
| 6/3/21 3:45pm Cell video footage 5:35– tamper | 7/14/23 | |
| 6/3/21 5:35pm Handheld video 5:35- adjustment of restraints | 7/14/23 | |
| 6/3/21 3:48pm "Video Clip" 0:21 | 7/14/23 | |

_____ 2033788

Charles Kenzell Carter #2033788

The videos were provided for review in the presence of _____

at Red Onion State Prison.

_____
Witness

EXHIBIT 4

Date: ___7/14/23___